1  SHARTSIS FRIESE LLP
   ZESARA C. CHAN (Bar #136302)
2  TRACY A. DONSKY (Bar #197114)
   One Maritime Plaza, 18th Floor
3  San Francisco, California 94111-3598
   Telephone: (415) 421-6500
4  Facsimile: (415) 421-2922

5  Attorneys for Defendants
   MARTINDALE-HUBBELL AND
6  LEXIS/NEXIS, divisions of
   REED ELSEVIER, INC.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 INHERENT.COM aka INHERENT, INC.    )   No. C 05 3515 MHP
                                      )
13                    Plaintiff,      )   [PROPOSED]
                                      )   ORDER PURSUANT TO
14          v.                        )   STIPULATION TO EXTEND TIME FOR
                                      )   DEFENDANTS TO ANSWER OR
15 MARTINDALE-HUBBELL, LEXIS/NEXIS    )   OTHERWISE RESPOND TO FIRST
   INC. and DOES 1 through 200 inclusive, ) AMENDED COMPLAINT
16                                    )
                      Defendants.     )   Complaint Filed: July 29, 2005
17                                    )
                                      )
18                                    )
                                      )
19 _____)

20       WHEREAS, on July 29, 2005, plaintiff Inherent.com aka Inherent, Inc. ("Plaintiff") filed its

21 initial Complaint against defendants Martindale-Hubbell and Lexis/Nexis, divisions of Reed

22 Elsevier, Inc. (collectively, "Defendants") in the Superior Court of the State of California, County

23 of San Francisco, Case No. CGC 05443573 ("Complaint"), entitled Inherent.com aka Inherent, Inc.

24 v. Martindale-Hubbell, et al. (the "State Court Action") which was timely removed to this Court on

25 August 30, 2005, upon Defendants' filing of a Notice of Removal pursuant to 28 U.S.C. § 1446(b);

26       WHEREAS, on September 7, 2005, Defendants filed a Motion to dismiss the Complaint or

27 in the alternative, to transfer the action pursuant to 28 U.C.S. § 1404, which is scheduled to be

28 heard before this Court on October 31, 2005 (the "Pending Motion");

WHEREAS, Plaintiff filed a First Amended Complaint on September 23, 2005;

WHEREAS, Defendants intend to move to dismiss the First Amended Complaint on or before the October 11, 2005 deadline to answer or otherwise respond to the First Amended Complaint on substantially identical grounds as its Pending Motion;

WHEREAS, because Defendants' response the First Amended Complaint would be due prior to the currently scheduled October 31, 2005 hearing on Defendants' Pending Motion, the parties wish to conserve judicial and the parties' resources and avoid additional motion practice against the First Amended Complaint which may be unnecessary pending a decision and order by the Court on Defendants' Pending Motion;

Pursuant to Local Rules 6-2 and 7-12 and the matters stated herein, the parties, by and through counsel, hereby stipulate as follows:

1. Defendants' Pending Motion shall be heard as currently scheduled on October 31, 2005, at 2:00 p.m., before this Court, unless otherwise ordered;

2. Pending an Order on Defendants' Pending Motion, all Defendants' time to answer or otherwise respond to the First Amended Complaint shall be extended;

3. Each of the Defendants shall have thirty (30) days to respond to the First Amended Complaint after the date that the Court issues an Order in connection with the Defendants' Pending Motion;

4. If the Court orders that the Complaint is dismissed or otherwise transfers this action, Plaintiff agrees to dismiss its First Amended Complaint in this action without prejudice to refiling such First Amended Complaint in any appropriate venue;

5. There have been no previous time modifications in this action, either by stipulation or order of the Court;

///
///
///
///
///

OCT. 6. 2005 11:04AM sCATALANO LAW SF LLP NO. 6672 P. 4
Case 3:05-cv-03515-MHP Document 17 Filed 10/07/05 Page 3 of 4
Case 3:05-cv-03515-MHP Document 16 Filed 10/06/2005 Page 3 of 4

6. This Stipulation does not affect any date on the schedule for this action as set forth in the Order Setting Initial Case Management Conference.

DATED: October ____, 2005      SHARTSIS FRIESE LLP

By _____
ZESARA C. CHAN

Attorneys for Defendants
MARTINDALE-HUBBELL AND LEXIS/NEXIS,
divisions of REED ELSEVIER, INC.

LAW OFFICES OF PATRICK E. CATALANO

DATED: October 5, 2005

By _____
JANNIK P. CATALANO

Attorneys for Plaintiff
INHERENT.COM aka INHERENT, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 7, 2005

Judge Marilyn H. Patel

ZCC\7002\001\1322114.01

6. This Stipulation does not affect any date on the schedule for this action as set forth in the Order Setting Initial Case Management Conference.

DATED: October _____, 2005          SHARTSIS FRIESE LLP

                                    By _____
                                         ZESARA C. CHAN

                                    Attorneys for Defendants
                                    MARTINDALE-HUBBELL AND LEXIS/NEXIS,
                                    divisions of REED ELSEVIER, INC.

DATED: October _____, 2005          LAW OFFICES OF PATRICK E. CATALANO

                                    By _____
                                         JANNIK P. CATALANO

                                    Attorneys for Plaintiff
                                    INHERENT.COM aka INHERENT, INC.

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October _____, 2005

                                    _____
                                    HONORABLE MARILYN H. PATEL
                                    UNITED STATES DISTRICT JUDGE

ZCC\7002\001\1322114.01