SHARTSIS FRIESE LLP
ZESARA C. CHAN (Bar #136302)
TRACY A. DONSKY (Bar #197114)
One Maritime Plaza, 18th Floor
San Francisco, California 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Defendants
MARTINDALE-HUBBELL AND
LEXIS/NEXIS, divisions of
REED ELSEVIER, INC.

**FILED**

DEC 21 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INHERENT.COM aka INHERENT, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARTINDALE-HUBBELL, LEXIS/NEXIS INC. and DOES 1 through 200 inclusive,<br><br>　　　　Defendants. | No. C 05 3515 MHP<br><br>[~~PROPOSED~~]<br>ORDER PURSUANT TO STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES<br><br>Complaint Filed:　July 29, 2005 |

WHEREAS, on September 7, 2005, defendants Martindale-Hubbell and Lexis/Nexis, divisions of Reed Elsevier, Inc. (collectively, "Defendants") filed a motion to dismiss the Complaint of Plaintiff Inherent.com aka Inherent, Inc. ("Plaintiff") or in the alternative, to transfer the action pursuant to 28 U.C.S. § 1404 (collectively, the "Motion") to the United States District Court for the District of New Jersey ("New Jersey District Court") where another action is pending between the parties entitled, Reed Elsevier, Inc. v. Inherent.com, Inc. a/k/a Inherent, Inc. (Civil Action No. 05-4048 (JLL)) (the "New Jersey Action");

WHEREAS, on October 31, 2005, at the hearing before the Honorable Marilyn H. Patel on

Defendants' Motion, with counsel appearing for each side, the Court indicated that the present action would be transferred to New Jersey District Court where the New Jersey Action is pending;

WHEREAS, the parties' respective counsel in the New Jersey Action have already submitted a Proposed Joint Discovery Plan, discussed issues pursuant to Federal Rules of Civil Procedure 26, an initial scheduling conference in the New Jersey Action is scheduled for January 5, 2006, and the New Jersey Action is proceeding;

WHEREAS, the parties in the present action seek to avoid any duplication of efforts in discovery, alternative dispute resolution, or any other activity inconsistent with the proceedings in the pending New Jersey Action;

WHEREAS, the Court in the present action has not yet issued its final order in connection with the Defendants' Motion, and both Plaintiffs and Defendants jointly seek to defer and jointly request a continuance of the Case Management Conference currently scheduled for January 9, 2005, and all other deadlines under the Order Setting Initial Case Management Conference issued on August 30, 2005, pending the Court's anticipated order on Defendants' Motion and transfer of the present action to the New Jersey District Court;

Pursuant to Local Rules 6-2 and 7-12 and the matters stated herein, the parties, by and through counsel, hereby stipulate and jointly request as follows:

1. The Case Management Conference in this action now scheduled for January 9, 2006, at 4:00pm in Courtroom 15 of this Court is continued and hereby taken off-calendar;

2. Pending an Order from the Court on Defendants' pending Motion, all deadlines and obligations under the Order Setting Initial Case Management Conference dated August 30, 2005, in this action, are also deferred, continued and taken off-calendar;

3. There have been no previous time modifications in this action, either by stipulation or order of the Court;

///

///

///

-2-
Case No. C 05 3515 MHP    [Proposed] ORDER PURSUANT TO STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES

4. This Stipulation shall modify the schedule for this action as set forth in the Order Setting Initial Case Management Conference dated August 30, 2005.

DATED: December **19**, 2005             SHARTSIS FRIESE LLP

By _____
ZESARA C. CHAN

Attorneys for Defendants
MARTINDALE-HUBBELL AND LEXIS/NEXIS,
divisions of REED ELSEVIER, INC.

DATED: December _____, 2005             LAW OFFICES OF PATRICK E. CATALANO

By _____
JANNIK P. CATALANO

Attorneys for Plaintiff
INHERENT.COM aka INHERENT, INC.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December **20**, 2005

_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

ZCC\7002\001\1331378.01

-3-
Case No. C 05 3515 MHP — [Proposed] ORDER PURSUANT TO STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES

4.  This Stipulation shall modify the schedule for this action as set forth in the Order Setting Initial Case Management Conference dated August 30, 2005.

DATED: December 19, 2005          SHARTSIS FRIESE LLP

                                  By _____
                                       ZESARA C. CHAN

                                  Attorneys for Defendants
                                  MARTINDALE-HUBBELL AND LEXIS/NEXIS,
                                  divisions of REED ELSEVIER, INC.


DATED: December 19, 2005          LAW OFFICES OF PATRICK E. CATALANO

                                  By _____
                                       JANNIK R. CATALANO

                                  Attorneys for Plaintiff
                                  INHERENT.COM aka INHERENT, INC.


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December ____, 2005


                                       _____
                                       HONORABLE MARILYN H. PATEL
                                       UNITED STATES DISTRICT JUDGE

ZCC\7002\001\1331378.01

-3-
Case No. C 05 3515     [Proposed] ORDER PURSUANT TO STIPULATION TO
MHP                    CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER
                       DEADLINES